UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MANNY PASTREICH, ET AL.,

              Plaintiffs,

      - against -

1528 WALNUT L.P., ET AL.,

              Defendants.
_____

25-cv-929 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **June 5, 2025**. If service is not made by June 5, 2025, the case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           May 5, 2025

                                      _____
                                         John G. Koeltl
                                       United States District Judge