```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**MANNY PASTREICH, ET AL.,**                                  25-cv-929 (JGK)

                Plaintiffs,                        <u>ORDER</u>

      - against -

**1528 WALNUT L.P., ET AL.,**

                Defendants.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for defendants to answer was March 5, 2025. To date, no answers have been filed.

    The time for the defendants to answer or respond to the complaint is extended to **June 6, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

    The plaintiffs should serve a copy of this Order on each of the defendants and file proof of service on the docket by **Friday, May 23, 2025.**

**SO ORDERED.**

**Dated:**    New York, New York
            May 20, 2025

                                              <u>/s/ John G. Koeltl</u>
                                                      John G. Koeltl
                                              United States District Judge