UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, ET AL.,

        Plaintiffs,

- against -

158 WALNUT L.P., ET AL.,

        Defendants.

25-cv-929 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was March 5, 2025. On May 20, 2025, the time for the defendants to answer extended to June 6, 2025. To date, no answers have been filed. However, the plaintiffs failed to file proof of service of the Court's prior Order. See ECF No. 16.

The time for the defendants to answer or respond to the complaint is extended to **June 24, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiffs should serve a copy of this Order on the defendants and file proof of service on the docket by **June 13, 2025.**

SO ORDERED.

Dated:    New York, New York
            June 10, 2025

                                        John G. Koeltl
                                  United States District Judge