UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————

MANNY PASTREICH, ET AL.,

                Plaintiffs,

      - against -

1528 WALNUT L.P., ET AL.,

            Defendants.

————————————————————

           25-cv-929 (JGK)

           ORDER

JOHN G. KOELTL, District Judge:

The original time for the defendants in this action to answer was March 5, 2025. On May 20, 2025, and then again on June 10, 2025, this Court extended the time for the defendants to answer or respond to the complaint. ECF Nos. 16-17. Pursuant to the June 10, 2025 Order, the plaintiffs have filed proof that the Order extending the time to answer was mailed to the defendants. See ECF No. 18. To date, no answers have been filed. Accordingly, the plaintiffs are directed to file a proposed order to show cause for a default judgment in accordance with the Local Rules and this Court's Individual Practices by **July 23, 2025.**

SO ORDERED.

Dated:    New York, New York
        June 25, 2025

                      John G. Koeltl
              United States District Judge