UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH,

              Plaintiff,          25-cv-929 (JGK)

    - against -               ORDER

TRUSTEES OF THE BUILDING SERVICE
32BJ SUPPLEMENTAL RETIREMENT AND
SAVINGS PLAN ET AL.,

              Defendants.

JOHN G. KOELTL, District Judge:

    Under Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was September 2, 2025. To date, no answer or response has been filed.

    The time for the defendants to respond to the complaint is extended to **September 16, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

    The plaintiffs should serve a copy of this Order on the defendants and file proof of service on the docket by **September 12, 2025.**

SO ORDERED.

Dated:    New York, New York
           September 9, 2025

                                          John G. Koeltl
                                United States District Judge