**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MANNY PASTREICH, ET AL.,**

                              **Plaintiffs,**            **25-cv-929 (JGK)**

         **- against -**                        **ORDER**

**1528 WALNUT L.P., ET AL.,**

                              **Defendants.**

---

**JOHN G. KOELTL, District Judge:**

The original time for the defendants in this action to answer was March 5, 2025. On May 20, 2025, and then again on June 10, 2025, this Court extended the time for the defendants to answer or respond to the complaint. ECF Nos. 16-17. On June 25, 2025, the Court instructed the plaintiffs to file a proposed order to show cause for a default judgment. ECF No. 19.

On August 7, 2025, the plaintiffs amended their complaint. ECF No. 29. On September 24, 2025, the plaintiffs amended their complaint again. ECF No. 39. The plaintiffs filed proof of service of the amended complaint on the defendants on November 13, 2025. To date, the defendants have failed to answer the second amended complaint. Accordingly, the plaintiffs are directed to file a proposed order to show cause for a default

judgment in accordance with the Local Rules and this Court's

Individual Practices by **January 2, 2026.**

**SO ORDERED.**

**Dated:**      **New York, New York**
            **December 12, 2025**

                                    _____
                                            **John G. Koeltl**
                                 **United States District Judge**