# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

MAURA E. BREEN***
SAMUEL R. BLOOM*****

* ADMITTED IN NY
** ADMITTED IN NY AND NJ
*** ADMITTED IN NY AND CT
**** ADMITTED IN NY AND FLA
***** ADMITTED IN NY, NJ AND MD

January 28, 2026

**VIA ECF ELECTRONIC FILING**
Hon. John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14A
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

1/29/26

_____
John G. Koeltl, U.S.D.J.

**Re: Manny Pastreich, as Trustee, et al. v. Medarts Properties Limited Partnership, et al.**
**Civil Action No. 25-cv-929**

Dear Judge Koeltl:

Our firm is counsel for the respective Plaintiffs in this matter (collectively the "Funds"). The Funds ask that the Court adjourn its demand that Defendants Medarts Properties Limited Partnership, LTB L.P., and JFK Investment Associates, L.P., I ("Defendants") show cause why Default Judgment should not be granted, for thirty (30) days, and that the Funds be permitted to amend its papers filed in support of said Order to Show Cause within two (2) weeks. Recent developments in this matter strongly indicate that this case will settle shortly, and should the matter not settle, the balances sought by the Funds must be amended to account for recent developments.

This matter concerns alleged audit noncompliance by Defendants LTB L.P. ("LTB") and JFK Investment Associates, L.P., I, ("JFK") and the resulting audit findings, and audit findings for Defendant Medarts Limited Partnership ("Medarts"). Regarding LTB and JFK, recently the outstanding audit documents were provided to the Funds' auditors, and findings have since been issued. Although LTB and JFK have not appeared in this action, I have had discussions with same's counsel about the findings, and Defendants have committed to submit rebuttals to the disputed findings promptly, and make payment of those that are not in dispute. The parties appear in alignment as to what documents must be produced to evidence Defendant's rebuttal. Regarding Medarts, Defendant represents that the payments are being made in full. Regarding both payments, Defendants have provided evidence that each were mailed today.

In light of the above, it appears that this matter will settle in the next week or two. Should it not, the Funds now seek the audit findings against LTB and JFK, plus associated damages, and

Case 1:25-cv-00929-JGK    Document 58    Filed 01/28/26    Page 2 of 2

any findings for Medarts that are not paid, plus associated damages. At present, the Order to Show Cause seeks the audit documents, plus damages, for LTB and JFK, and the audit findings only for Medarts.

Respectfully submitted,

*/s/ Samuel R. Bloom*
Samuel R. Bloom

cc:    Patrick J. Troy, Esq. (via electronic mail)